# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Eugene Goott, et, al.
    Plaintiffs

        V.

Left Bank Gallery, Inc., et.al.
    Defendant

CIVIL ACTION

NO. 1:13-cv-11268-IT

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D. J.

The Court having been advised on August 8, 2014, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

August 11, 2014                                         /s/ Clarilde Geraldino-Karasek

    Date                                                   Deputy Clerk